

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attor standing of this Court's general bar or be granted le by Local Rules 83.12 through 83.14.

08cv2850
JUDGE DOW
MAG. JUDGE BROWN

In the Matter of

CHRISTY ANTONETTI v. NEW WORLD VAN LINES, LTD LLP et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHRISTY ANTONETTI

FILED
MAY 16 2008
JN
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE | *(signed)* |
| FIRM | JOHN F. O'MEARA |
| STREET ADDRESS | 2417 N. Washtenaw Avenue |
| CITY/STATE/ZIP | Chicago, Illinois 60647-1812 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2111144 | TELEPHONE NUMBER (773) 252-0788 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |