

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided by Local Rules 83.12 through 83.14.

08cv2850
JUDGE DOW
MAG. JUDGE BROWN

In the Matter of

CHRISTY ANTONETTI    v.   NEW WORLD VAN LINES LTD LLP   et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHRISTY ANTONETTI

MAY 16 2008
FILED
J.N
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE *(signed)* | |
| FIRM   CHARLES DRAKE BOUTWELL | |
| STREET ADDRESS   3075 Plum Island Drive | |
| CITY/STATE/ZIP   Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   0261963 | TELEPHONE NUMBER   (847) 272-2126 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |