**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTY ANTONETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  08 C 2850 |
| NEW WORLD VAN LINES, LTD. LLP, | ) | |
| and NEW WORLD VAN LINES, INC. | ) | |
| | ) | Hon. Robert M. Dow Jr. |
| | ) | Presiding Judge |
| | ) | |
| | ) | Magistrate Judge |
| Defendants. | ) | Martin C. Ashman |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of this Court dated May 27, 2008 and Judge Dow's Standing Order regarding Initial Status Reports, the parties submit the following report concerning the status of the issues identified in the Standing Order.  Plaintiff participated in the preparation of this joint status report by way of a July 8, 2008 meeting of the parties, as well as via telephone.  The parties report:

1.) **Attorneys of Record.**  Plaintiff Christy Antonetti is represented by John F. O'Meara of Chicago, IL and Charles Drake Boutwell of Northbrook, IL.  Both of Plaintiff's attorneys are expected to try the case.  Defendants New World Van Lines, LTD. LLP and New World Van Lines, Inc. are represented by Kevin M. Cloutier and Jason D. Frazer of Winston & Strawn LLP.  Both of Defendants' attorneys are expected to try the case.

2.) **Basis for Federal Jurisdiction.**  Count I:  Action under the Fair Labor Standards Act, 29 U.S.C. Sec. 201 et seq. and federal question pursuant to 28 U.S.C. Sec. 1331.  Count II:

Action under Illinois Wage Payment and Collection Act, 820 ILCS 115/2 – Supplementary jurisdiction pursuant to 28 U.S.C. Sec. 1367.

    3.)    **Nature of Claims and Counterclaims.**  Plaintiff asserts a claim for unpaid wage. Defendants do not assert any counterclaims at this moment, but reserve the right to assert any and all counterclaims with respect to this matter.

    4.)    **Parties Yet to Be Served**.  There are no parties to this action yet to be served.

    5.)    **Principal Legal Issues.**  Whether Plaintiff is an "exempt" employee within the meaning of the Fair Labor Standards Act.

    6.)    **Principal Factual Issues.**  Plaintiff's duties as an employee.

    7.)    **Jury Demand.**  A jury trial has been demanded by Plaintiff.

    8.)    **Discovery.**  Plaintiff and Defendants have agreed on the following schedule:

(a)  Rule 26 disclosure exchanged by August 11, 2008;

(b)  Written discovery completed by November 30, 2008;

(c)  Depositions completed January 30, 2009; and

(d)  Experts identified and deposed by March 30, 2009.

    9.)    **Trial Date and Length of Trial.**  Parties anticipate they will be ready for trial by May 16, 2009.  Parties anticipate the trial will last four (4) to five (5) days.

    10.)    **Consent to Magistrate Judge.**  The parties have not unanimously consented to proceed before a magistrate judge.

    11.)    **Settlement Negotiations.**  Settlement has been discussed by the parties.  An impasse has not been reached.

    12.)    **Settlement Conference.**  The parties do not request at settlement conference at this time.

        Respectfully submitted,


        \_\_/s/Charles Drake Boutwell_____
        Attorney for Plaintiff


By:         /s/Jason Frazer_____
        Attorney for Defendants

Kevin M. Cloutier
Jason D. Frazer
WINSTON & STRAWN LLP
35 W Wacker Dr.
Chicago, Illinois  60601
(312) 558-5600
kcloutier@winston.com
jfrazer@winston.com

**CERTIFICATE OF SERVICE**

       Jason D. Frazer, one of the attorneys for the Defendants, hereby certifies that he served copies of the parties **JOINT STATUS REPORT** on all parties via electronic filing and by regular mail on this 14th day of July, 2008, addressed to:

**TO:**

| | |
|---|---|
| John F. O'Meara | Charles Drake Boutwell |
| 2417 N. Washtenaw Avenue | 3075 Plum Island Drive |
| Chicago, IL 60647 | Northbrook, IL 60062 |

                                      /s/ Jason D. Frazer_____
                                      One of Its Attorneys