IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTY ANTONETTI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2850 |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW WORLD VAN LINES, LTD., LLP | ) | Hon. Robert M.Dow, Jr., |
| and NEW WORLD VAN LINES, INC., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COMES the Plaintiff, CHRISTY ANTONETTI, by his attorneys, JOHN F. O'MEARA and CHARLES DRAKE BOUTWELL, and moves this Court to dismiss this action by agreement, all matters and controversies between the parties having been compromised, settled and adjusted.

                                            CHRISTY ANTONETTI

                                            By:_____ s_____
                                                JOHN F. O'MEARA

JOHN F. O'MEARA
2417 N. Washtenaw Avene
Chicago, Illinois 60647
(773) 252-0788

                                            _____s_____
                                        CHARLES DRAKE BOUTWELL

CHARLES DRAKE BOUTWELL
3075 Plum Island Drive
Northbrook, Illinois 60062
(847) 272-2126

CERTIFICATE OF SERVICE

I, John F. O'Meara, hereby certify that a copy of

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS**

was filed electronically with Mr. Jason Frazier, counsel for the defendants, at Winston and Strawn, LLP, 35 West Wacker Drive, Chicago, Il 60601 on February 24, 2009.

_____s_____
John F. O'Meara